SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-01994-JAM-CKD** |
|       Plaintiff, | ) **ORDER RE: REQUEST FOR EXTENSION** |
| | ) **OF TIME TO FILE DISPOSITIONAL** |
|    vs. | ) **DOCUMENTS** |
| | ) |
| Truwest Investment Group, L.P., | ) |
| | ) |
|      Defendants | ) |
| | ) |
| _____ | ) |

   IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than May 31, 2013.


Date:   5/9/2013


                  /s/ John A. Mendez_____  _____
                  United States District Court Judge